UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:23-cv-81333-AMC

HOWARD COHAN,

    Plaintiff,

vs.

FIRST COAST ENERGY, L.L.P.,
a Florida Limited Liability Partnership
d/b/a FIRST COAST ENERGY #1838 - SUNOCO

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FIRST COAST ENERGY, L.L.P., a Florida Limited Liability Partnership, d/b/a FIRST COAST ENERGY #1838 - SUNOCO, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 25, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Lee D. Wedekind, III** |
| Gregory S. Sconzo, Esq. | Lee D. Wedekind, III |
| Florida Bar No.: 0105553 | Florida Bar No. 670588 |
| Sconzo Law Office, P.A. | John P. McDermott, Jr. |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No. 1025565 |
| Palm Beach Gardens, FL 33410 | 50 N. Laura Street, Suite 4100 |
| Telephone: (561) 729-0940 | Jacksonville, FL 32202 |
| Facsimile: (561) 491-9459 | (904) 665-3652 |
| Email: greg@sconzolawoffice.com | lee.wedekind@nelsonmullins.com |
| Email: perri@sconzolawoffice.com | john.mcdermott@nelsonmullins.com |
| Attorney for Plaintiff | allison.abbott@nelsonmullins.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ Gregory S. Sconzo
        **Gregory S. Sconzo, Esq.**