**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-81333-CIV-CANNON/McCabe**

**HOWARD COHAN**,

     Plaintiff,

v.

**FIRST COAST ENERGY, L.L.P.**,
d/b/a First Coast Energy # 1838 – Sunoco,

     Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on May 24, 2024 [ECF No. 25]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective May 24, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 25]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of May 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record